IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TREHEL CORPORATION,

          Plaintiff,

    v.

W.S. AGEE GRADING
CONTRACTOR, INC.,

          Defendant.

1:12-cv-54-WSD

## OPINION AND ORDER

This matter is before the Court on Defendant W.S. Agee Contractor Inc.'s ("Defendant") Motion to Quash Plaintiff Trehel Corporation's ("Plaintiff") Subpoenas, and Defendant's Motion for Protective Order [15].

On January 5, 2012, Plaintiff filed a Motion to Confirm the Final Arbitration Award. On March 30, 2012, the Court issued an Order confirming the Amended Arbitration Award, dated September 7, 2011, entered judgment in favor of Plaintiff against Defendant, and awarded Plaintiff pre-judgment and post-judgment interest. On March 30, 2012, this action was terminated. On September 30, 2013, Plaintiff filed a Notice to take the depositions of Defendant and Danny Agee, and subpoenaed them to produce certain documents related to the arbitration between

the parties, and the subsequent civil action filed in this Court.  Also on September

30, 2013, Defendant moved to quash the subpoenas related to the depositions, and

requested the Court to enter a Protective Order.  On October 17, 2013, Plaintiff

replied to the Defendant's Motion, arguing that it should be denied as moot

because Defendant complied with the subpoenas by providing testimony and some

documents.  The Plaintiff represents that there are no remaining issues raised in the

Defendant's Motion to Quash at this time.  On July 1, 2014, Defendant's counsel

informed the Court's courtroom deputy that Defendant agreed that the Motion to

Quash and Motion for Protective Order should be denied as moot.

I.      CONCLUSION

Accordingly, for the foregoing reasons,

**IT IS HEREBY ORDERED** that Defendant's Motion to Quash Plaintiff's

Subpoenas, and Defendant's Motion for Protective Order is **DENIED AS MOOT**

[15].

**SO ORDERED** this 11th day of July 2014.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE

2